UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ROBERT J. SIMMONS, II,

        Plaintiff,        1:10-cv-1386
                                            (GLS/RFT)

    v.

GEORGE BARNA and ELGIN MANAGEMENT,

        Defendants.
_____

**APPEARANCES:**                    **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Robert J. Simmons, II
Pro Se
35 South Main Street
P.O. Box 414
Castleton, NY 12033

**FOR THE DEFENDANTS:**
NO APPEARANCE

**Gary L. Sharpe**
**District Court Judge**

## MEMORANDUM-DECISION AND ORDER

     Robert J. Simmons, II brings this action under 42 U.S.C. § 1983

alleging violations of his constitutional rights. (*See* Compl., Dkt. No. 1.) In

a Report Recommendation and Order (R&R) filed December 21, 2010,

Magistrate Judge Randolph F. Treece, after granting Simmons in forma pauperis status, recommended dismissal of Simmons's complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted.[1]  (*See* Dkt. No. 4.)  Pending are Simmons's objections to the R&R. (Dkt. No. 6.)  For the reasons that follow, the R&R is adopted and Simmons's complaint is dismissed.

Before entering final judgment, this court routinely reviews all report and recommendation orders in cases it has referred to a magistrate judge. If a party has objected to specific elements of the magistrate judge's findings and recommendations, this court reviews those findings and recommendations de novo.  *See Almonte v. N.Y. State Div. of Parole*, No. 04-cv-484, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006).  In those cases where no party has filed an objection, or only a vague or general objection has been filed, this court reviews the findings and recommendations of a magistrate judge for clear error.  *See id.*

Judge Treece recommended that the claims asserted by Simmons are subject to dismissal due to (1) the lack of any allegation that the named

---

[1]The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

defendants—Simmons's landlords—acted under color of state law; and (2) the failure to specify what civil right he is seeking to vindicate and how it was actually violated. (*See* R&R at 2-3, Dkt. No. 4.) In response, Simmons offers no specific objections to Judge Treece's findings. Instead, with some further elaboration, Simmons reasserts the same allegations contained in his complaint. (*See generally* Pl. Objections, Dkt. No. 6.) Therefore, upon review of the R&R for clear error, the court finds none and adopts Judge Treece's recommendations.

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge Treece's Report Recommendation and Order (Dkt. No. 4) is **ADOPTED** and Simmons's complaint is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case and provide copies of this Memorandum-Decision and Order to the parties by regular and certified mail.

**IT IS SO ORDERED.**

May 6, 2011
Albany, New York

*Gary L. Sharpe*
U.S. District Judge

3